IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHANDRELL OWTEN             PLAINTIFF

v.          No: 3:20-cv-91-DPM

GREENE COUNTY DETENTION
CENTER; DON CRITTDENE,
Greene County Detention Center;
BRENT COX, Jail Administrator,
Greene County Detention Center;
and DOES, "Jail Staff"            DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Owten hasn't filed an amended complaint; instead, his mail is being returned undelivered. *Doc. 5–9*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 June 2020