IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHANDRELL OWTEN                                                              PLAINTIFF

v.                                    No: 3:20-cv-91-DPM

GREENE COUNTY DETENTION
CENTER; DON CRITTDENE,
Greene County Detention Center;
BRENT COX, Jail Administrator,
Greene County Detention Center;
and DOES, "Jail Staff"                                                       DEFENDANTS

## JUDGMENT

Owten's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_23 June 2020_